FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN ALLEN TALLEY,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER TORRES, *et al.*,<br><br>Defendants. | No. 2:18-CV-00341-JTR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

**BEFORE THE COURT** is the parties' joint motion for this action to be dismissed with prejudice and without attorney's fees or costs to any party. ECF No. 36. Richard D. Wall represents Plaintiff; Defendants are represented by Robert B. Binger. The parties have consented to proceed before a magistrate judge. ECF No. 25.

Good Cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice, **ECF No. 36**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE and without costs to any party**.

3. All scheduled court hearings are **STRICKEN**.

4. Pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED September 3, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1